1  **MAYALL HURLEY**
2  **A Professional Corporation**
3  **2453 Grand Canal Boulevard**
   **Stockton, California 95207**
4  **Telephone (209) 477-3833**
   **Facsimile (209) 473-4818**
5  **ROBERT J. WASSERMAN**
6  **CA State Bar No. 258538**
   **JENNY D. BAYSINGER**
7  **CA State Bar No. 251014**
8  **Attorneys for Plaintiff MARIAH BANGUIS**
9
   **David J. Dow, Bar No. 179407**
10 **ddow@littler.com**
   **LITTLER MENDELSON, P.C.**
11 **501 Broadway, Suite 900**
12 **San Diego, California 92101.3577**
   **Telephone: 619.232.0441**
13 **Fax No.:    619.232.4302**
14
15 **Attorneys for Defendant WM CORPORATE SERVICES, INC.**

16                    UNITED STATES DISTRICT COURT
17                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 MARIAH BANGUIS, individually and on behalf of all others similarly situated, | Case No.: 2:23-CV-01629-TLN-KJN |
| 19 | **ORDER TO REMAND ACTION TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN** |
| 20 | |
| 21     Plaintiff, | |
| 22 vs. | |
| 23 | |
| 24 WM CORPORATE SERVICES, INC., a Delaware corporation; and DOES 1-100, inclusive, | |
| 25 | |
| 26     Defendants. | |
| 27 | |
| 28 | |

Based upon the Parties Stipulation to Remand Action to Superior Court of California, County of San Joaquin (the "Stipulation"), and good cause appearing therefore, the Court hereby orders as follows:

1. Plaintiff has affirmatively represented and averred that she is not making any claims or seeking any remedies under the FLSA (29 U.S.C. §§ 201, et seq.);

2. As there are no federal questions presented in the matter, this Court does not have original jurisdiction, and the matter shall be remanded to the Superior Court of California, County of San Joaquin;

3. The hearing scheduled for October 19, 2023 on Plaintiff's Motion for Remand is hereby vacated;

4. The Clerk of the Court shall remand this case to the Superior Court of California, County of San Joaquin, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 22, 2023

Troy L. Nunley
United States District Judge